

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRANDON LAVELL GLASGOW,<br>Defendant. | Case No. 19-737M<br>ORDER OF DETENTION |

On February 27, 2019, Defendant made his initial appearance on the indictment filed in the District of Alaska. The Court appointed Deputy Federal Public Defender Nadine Hettle to represent Defendant. At Defendant's request, the Court conducted a detention hearing:

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.
☒ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency, recommending detention.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:
- ☒ Allegations in the indictment
- ☒ partially verified background information
- ☒ Appears to realize income from gambling
- ☒ unrebutted presumption

As to danger to the community:
- ☒ Allegations in the indictment include conspiracy to distribute and possess with intent to distribute cocaine and money laundering conspiracy
- ☒ criminal history includes convictions for battery and weapons charges
- ☒ unrebutted presumption

IT IS THEREFORE ORDERED that the defendant be remanded to the custody of the U.S. Marshal to be transported to the District of Alaska forthwith.

Dated: February 27, 2019            /s/
                                    ALKA SAGAR
                                    UNITED STATES MAGISTRATE JUDGE